United States Court of Appeals,

Eleventh Circuit.

No. 95-5008.

In re FIRST NATIONAL BANK of BOSTON, a national banking association, Petitioner.

Dec. 24, 1996.

Appeal from the United States District Court for the Southern District of Florida (No. 95-8366-CIV-LCN), Lenore Carrero Nesbitt, Judge.

Before KRAVITCH, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

In view of the parties' settlement of the underlying case in district court, the panel opinion, published at 70 F.3d 1184 (11th Cir.1995), is VACATED. This case is REMANDED to the district court with instructions that it be DISMISSED as moot.